ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

FILED 04 FEB '19 14:39 USDC-ORP

U.S. MARSHALS SERVICE
DEC 3 '18 3:27PM

United States of America
v.

JOSEPH DUANE FOLKERTS, et al.

*Defendant*

Case No. 3:18-cr-00319-MO-7

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Joseph Duane Folkerts,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Racketeering Conspiracy
Murder in Aid of Racketeering
Kidnapping in Aid of Racketeering, Resulting in Death
Kidnapping Resulting in Death
Conspiracy to Commit Kidnapping, Resulting in Death

Date: 11/29/2018

City and State: Portland, OR

s/S. Sellers
*Issuing officer's signature*

S. Sellers, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 1/30/2019
ARRESTED BY ATF

Date: _____

U.S. MARSHAL

*Arresting officer's signature*

*Printed name and title*