BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**STEVEN T. MYGRANT, OSB #031293**
Assistant United States Attorney
Steven.Mygrant@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:18-cr-00319-JO |
| v. | NOTICE OF APPEARANCE |
| **MARK LEROY DENCKLAU et al.,** | |
| **Defendants.** | |

Please be advised that Steven T. Mygrant, Assistant United States Attorney for the District of Oregon, shall be added as co-counsel in the above referenced case. Please send any relevant notices to AUSA Steven.Mygrant@usdoj.gov.

Dated: February 5, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Steven T. Mygrant*
STEVEN T. MYGRANT, OSB # 031293
Assistant United States Attorney

Notice of Appearance                                                                 Page 1
                                                                          Revised March 2018