# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:18-cr-00319-JO-7 |
| Plaintiff, | ORDER APPOINTING CO-COUNSEL PURSUANT TO THE PROVISIONS |
| v. | OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. §§ 3006A AND 3005 |
| JOSEPH DUANE FOLKERTS, | (LEARNED CO-COUNSEL) |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Laurie Bender is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A and 3005, as learned co-counsel, for Joseph Duane Folkerts, effective February 7, 2019.

DATED this 14th day of February, 2019.

Honorable Robert E. Jones
United States Senior District Judge

Presented by:

Lisa C. Hay
Federal Public Defender