**ANDREW M. KOHLMETZ, OSB #955418**
The Law Office of Andrew M. Kohlmetz, LLC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 265-8307
Fax: (503) 224-9417
Email: andy@portlandfederaldefense.com

**LAURIE BENDER**, OSB #881570
Laurie Bender, P.C.
735 S.W. First Avenue, 2nd Floor
Portland, Oregon 97204
(503) 241-7075
Facsimile (503) 241-1768
lbenderlaw@aol.com

ATTORNEY FOR JOSEPH DUANE FOLKERTS

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> Plaintiff, <br><br> vs. <br><br> **JOSEPH DUANE FOLKERTS,** <br><br> Defendant. | 3-18-cr-00319 - JO <br><br> **UNOPPOSED MOTION TO ALLOW FILING UNDER SEAL** |

**TO THE COURT AND ALL PARTIES**:

Defendant, Joseph Duane Folkerts, through his undersigned counsel, seeks leave to file under seal the Defendant's Motion for Review of Detention and Release on Pretrial Pursuant to

1- UNOPPOSED MOTION TO ALLOW FILING UNDER SEAL

18 U.S.C. § 3142 because there are confidential records and information produced pursuant to a protective order and other confidential materials that should not be made part of the public record contained within said document.

The government, represented by AUSA Steven Mygrant, does not oppose this motion to seal.

Respectfully Submitted this 26th day of August 2019.

                                                  */s/ Laurie Bender*
                                                  Laurie Bender, OSB #881570
                                                  Attorney for Defendant
                                                  JOSEPH DUANE FOLKERTS

**2- MOTION TO ALLOW FILING UNDER SEAL**

Laurie Bender, P.C.
Attorney at Law
735 S.W. First Avenue, 2nd Floor
Portland, Oregon  97204
503 241-7075 FAX 503 241-1768
lbenderlaw@aol.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August 2019, I served the within **MOTION TO ALLOW FILING UNDER SEAL** on:

Ms. Steven Mygrant
Assistant United States Attorney
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

by ___ having deposited in the United States Mail at Portland, Oregon a full, true and correct copy in a sealed envelope with postage prepaid, addressed as shown above, the last known address for the addressees listed;

by ___ having hand delivered to the attorneys shown above a full, true, and correct copy of the original.

by √ electronic filing.

                                      */s/ Laurie Bender*
                                      Laurie Bender, OSB #881570
                                      Attorney for Defendant
                                      JOSEPH DUANE FOLKERTS

**SOLO – CERTIFICATE OF SERVICE**

**Laurie Bender, P.C.**
**Attorney at Law**
**735 S.W. First Avenue, 2nd Floor**
**Portland, Oregon 97204**
**503 241-7075 FAX 503 241-1768**
**lbenderlaw@aol.com**