**ANDREW M. KOHLMETZ, OSB #955418**
The Law Office of Andrew M. Kohlmetz, LLC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 265-8307
Fax: (503) 224-9417
Email: andy@portlandfederaldefense.com

**LAURIE BENDER**, OSB #881570
Laurie Bender, P.C.
735 S.W. First Avenue, 2nd Floor
Portland, Oregon 97204
(503) 241-7075
Facsimile (503) 241-1768
lbenderlaw@aol.com

ATTORNEY FOR JOSEPH DUANE FOLKERTS

IN THE UNITED STATES DISTRICT

COURT FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JOSEPH DUANE FOLKERTS,** Defendant. | 3-18-cr-00319 - JO  **DECLARATION OF COUNSEL IN SUPPORT OF UNOPPOSED MOTION TO ALLOW FILING UNDER SEAL** |

I, Laurie Bender, P.C., being first duly sworn do hereby declare the following is

true and correct to the best of my knowledge:

1. I am court-appointed counsel for the defendant in this matter. I was

appointed to represent the defendant pursuant to the Criminal Justice Act, 18 USC §

3006A (e) (2), by the Honorable Robert E. Jones, United States Senior District Judge, effective February 7, 2019.

2. The defendant is accused by way of Superseding Indictment of Racketeering Conspiracy, in violation of 18 U.S.C. §1962(d); Murder in Aid of Racketeering, in violation of 18 U.S.C. §1959(a)(1) and 18 U.S.C. §2; Kidnapping in Aid of Racketeering, Resulting in Death, in violation of 18 U.S.C. §1959(a)(1) and 18 U.S.C. §2; Kidnapping Resulting in Death, in violation of 18 U.S.C. §§1201(a)(1) and 2; and Conspiracy to Commit Kidnapping, Resulting in Death, in violation of 18 U.S.C. §§1201(a)(1) and 1201(c).

3. Mr. Folkerts requests that the defendant's Motion for Review of Detention and Release on Pretrial Pursuant to 18 U.S.C. § 3142 be filed under seal because it relates to records and information that have been produced under a protective order and other confidential information that should not be made public.

4. The Government, represented by AUSA Steven Mygrant, is not opposed to this motion to seal.

5. The above information is true and correct to the best of my information and belief.

Dated this 26th of August 2019.

/s/ Laurie Bender
Laurie Bender, OSB #881570
Attorney for Defendant
JOSEPH DUANE FOLKERTS

Page 2 - DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO ALLOW FILING UNDER SEAL

LAURIE BENDER
Attorney at Law
735 S.W. First Avenue 2nd Floor
Portland, Oregon 97204
(503) 241-7075 Facsimile (503) 241-1768