BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**STEVEN T. MYGRANT, OSB #031293**
Steven.Mygrant@usdoj.gov
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstad@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:18-cr-00319-JO-07 |
| v. | **MOTION TO SEAL GOVERNMENT'S MEMORANDUM IN SUPPORT OF PRE-TRIAL DETENTION** |
| **JOSEPH DUANE FOLKERTS,** | |
| Defendant. | |

The United States of America hereby requests that the court seal the Government's Memorandum in Support of Pre-Trial Detention. The government requests sealing because information contained within the memorandum is subject to a protective order.

Dated: September 5, 2019

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Steven T. Mygrant*
STEVEN T. MYGRANT, OSB #031293
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorneys

**Motion to Seal Government's Memorandum in Support of Pre-Trial Detention**   **Page 1**