**ANDREW M. KOHLMETZ, OSB #955418**
The Law Office of Andrew M. Kohlmetz, LLC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 265-8307
Email: andy@portlandfederaldefense.com

**LAURIE BENDER**, OSB #881570
Laurie Bender, P.C.
735 S.W. First Avenue, 2nd Floor
Portland, Oregon 97204
(503) 241-7075
Facsimile (503) 241-1768
lbenderlaw@aol.com

ATTORNEYS FOR JOSEPH DUANE FOLKERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-CR-00319-JO-07 |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL |
| JOSEPH DUANE FOLKERTS, | FRAP 9(a) APPEAL |
| Defendant. | |

COMES NOW Defendant, Joseph Duane Folkerts, by and through his attorneys, Andrew M. Kohlmetz and Laurie Bender, and hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order of the detaining the defendant prior to trial (DR # 221) entered in this action on the 9th day of September, 2019.

RESPECTFULLY SUBMITTED this 9th day of September, 2019.

*Andrew Kohlmetz*
Andrew M. Kohlmetz, OSB 955418
Attorney for Defendant Folkerts

NOTICE OF APPEAL: FRAP9(a) APPEAL- 1