IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH DUANE FOLKERTS,<br><br>Defendant. | Case No. 3:18-CR-00319-JO-07<br><br>ORDER ON DEFENDANT'S UNOPPOSED MOTION TO RELEASE SEALED PLEADINGS AND CONFIDENTIAL UNITED STATES PRETRIAL SERVICES REPORT AND EXHIBITS TO COUNSEL FOR PURPOSES OF DEFENDANT'S FRAP 9(a) APPEAL OF DETENTION ORDER |

IT IS HEREBY ORDERED that the following documents be released to defense counsel: Andrew M. Kohlmetz, and Laurie Bender, and to counsel for the government: A.U.S.A.'s Steven Mygrant, Leah Bolstad and Kelly Zusman.

1. Government's Memorandum in Support of Pretrial Detention;
2. Defendant's Motion for Review of Detention and Release on Pretrial Conditions Pursuant to 18 U.S.C. § 3142 and exhibits thereto; and
3. Pretrial Services Report on Defendant and exhibits thereto.

IT IS FURTHER ORDERED that the release of these sealed pleadings and confidential pretrial services report is for the limited purpose of litigating Defendant Folkerts' F.R.A.P. 9(a) appeal of this Court's Order detaining the defendant prior to trial (DR # 221). These documents, or any portion thereof, may be filed by counsel with the Ninth Circuit Court of Appeals as part of the record herein provided such filing is made pursuant to Circuit Rule 27-13(e).

IT IS FURTHER ORDERED that the released documents will remain otherwise under seal and/or confidential for all other intents and purposes. Counsel for

defendant/appellant and the government will not release, publish or cause to be published any portion of said documents nor provide a copy thereof to any person absent further order of this court.

DATED this 23rd day of September, 2019.

_____
The Honorable Robert E. Jones
District Court Judge

ORDER SUBMITTED BY:

*Andrew Kohlmetz*
Andrew M. Kohlmetz
Attorney for Defendant

ORDER ON DEFENDANT'S UNOPPOSED MOTION TO RELEASE SEALED PLEADINGS AND CONFIDENTIAL UNITED STATES PRETRIAL SERVICES REPORT AND EXHIBITS TO COUNSEL FOR PURPOSES OF DEFENDANT'S FRAP 9(a) APPEAL OF DETENTION ORDER - 2