UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 12 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

 v.

JOSEPH DUANE FOLKERTS,

          Defendant - Appellant.

No. 19-30208

D.C. No. 3:18-cr-00319-JO-7
U.S. District Court for Oregon,
Portland

**MANDATE**

The judgment of this Court, entered October 21, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Craig Westbrooke
Deputy Clerk
Ninth Circuit Rule 27-7