**ANDREW M. KOHLMETZ, OSB #955418**
The Law Office of Andrew M. Kohlmetz, LLC
741 SW Lincoln Street
Portland, OR 97201
Tel: (503) 265-8307
Email: andy@portlandfederaldefense.com

**LAURIE BENDER**, OSB #881570
Laurie Bender, P.C.
735 S.W. First Avenue, 2nd Floor
Portland, Oregon 97204
(503) 241-7075
Facsimile (503) 241-1768
lbenderlaw@aol.com

ATTORNEYS FOR JOSEPH DUANE FOLKERTS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH DUANE FOLKERTS,<br><br>Defendant. | Case No. 3:18-CR-00319-JO-07<br><br>UNOPPOSED MOTION FOR ORDER AUTHORIZING DEFENSE COUNSEL TO FILE DECLARATION(S) IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE EX-PARTE AND UNDER SEAL. |

COMES NOW Defendant, Joseph Duane Folkerts, by and through his CJA-appointed attorneys, Andrew M. Kohlmetz and Laurie Bender, and hereby moves this court for an Order authorizing the Defendant's counsel to file any Declarations in support of a Motion to Continue the current trial date ex-parte and under seal. Defendant is drafting and plans to file such a Motion by the current deadline of January 22, 2020.

Counsel for Defendant so move because any such declaration(s) will necessarily reveal otherwise confidential and/or otherwise privileged information regarding both the

defendant and the work product of defense counsel in preparation of the defense case to date.

I have spoken with AUSA Leah Bolstad and informed her of our intent to seek such an Order and she has no objection thereto.

RESPECTFULLY SUBMITTED this 21st day of January, 2020.

*Andrew Kohlmetz*
Andrew M. Kohlmetz, OSB 955418
Attorney for Defendant Folkerts